Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237
Fax: (707) 429-9829
Attorney for Plaintiff:
**Robert Brown**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert Brown,**<br>        Plaintiff<br><br>v.<br><br>**CAROLYN W. COLVIN,**<br>Acting Commissioner of Social Security<br>        Defendant. | Case No.: 2:15-CV-01430-CKD<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND AND ~~PROPOSED~~ ORDER** |

The parties, though counsel, stipulate to a 30-day extension of time in which plaintiff may file his Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to January 14, 2016. I request the extension due to the fact that at the present time my case load is very large, and I have had a number of health issues this past two months, including surgery on October 27, 2015. I just turned 72 years old on November 29th and do not bounce back as I did when I was younger. I need the extra time so I can prepare a quality product for my client. Defendant's counsel has agreed to a 30-day extension. All remaining deadlines will be extended accordingly.

Respectfully submitted,

Dated: December 2, 2015          /s/ Richard A. Whitaker
                                 Richard Allen Whitaker, Esq.
                                 Attorney for Plaintiff

Dated: December 2, 2015

Benjamin B. Wagner
United States Attorney

Deborah Lee Stachel
Acting Regional Chief Counsel, Region IX

  /s/ Chantal Jenkins
Chantal Jenkins
Special Assistant, U.S. Attorney

IT IS SO ORDERED.

Dated:  December 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE