1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   CHANTAL R. JENKINS, PA SBN 307531
4  Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone: (415) 977-8931
           Facsimile: (415) 744-0134
7          E-Mail: Chantal.Jenkins@ssa.gov
8
   Attorneys for Defendant
9
                   UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11
                        SACRAMENTO DIVISION
12

13 ROBERT BROWN,                      ) Case No.: 2:15-CV-01430-CKD
                                      )
14                                    ) STIPULATION AND ORDER
           Plaintiff,                 ) FOR AN EXTENSION OF TIME
15                                    )
      vs.                             )
16 CAROLYN W. COLVIN,                 )
   Acting Commissioner of Social Security, )
17                                    )
                                      )
18         Defendant.                 )
                                      )
19 _____   )

20
21       IT IS HEREBY STIPULATED, by and between the parties, through their respective
22 counsel of record, that Defendant shall have an extension of time to February 17, 2016 to
23 respond to Plaintiff's opening brief.  The current due date is February 14, 2016.  This is
24 Defendant's first request for an extension.  Defendant respectfully requests this additional time
25 due to a heavy workload.  Defendant's counsel has a Ninth Circuit brief due in February and has
26 to represent the agency in a Ninth Circuit oral argument in another case that originally belonged
27 to another attorney.  In addition, Defendant's counsel is currently responsible for managing and
28 briefing forty-three other matters pending before the District Courts.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  January 26, 2016 　　　　　　　　　/s/ Richard A. Whitaker by Chantal R. Jenkins*__
　　　　　　　　　　　　　　　　　　　　　　As authorized by Erika Ranson on behalf of Richard A. Whitaker *via* email on January 26, 2016
　　　　　　　　　　　　　　　　　　　　　　Richard Allen Whitaker, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  January 26, 2016 　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　　By:   /s/ Chantal R. Jenkins___
　　　　　　　　　　　　　　　　　　　　　　CHANTAL R. JENKINS
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated:  January 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2